AO 91 (Rev. 11/11)   Criminal Complaint

FILED
JAMES J VILT JR,
CLERK
5/25/2023
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

# UNITED STATES DISTRICT COURT
для the
Western District of Kentucky

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Markus Daboris Stillwell | ) | 3:23MJ-360 |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of May 25, 2023 in the county of Jefferson in the Western District of Kentucky, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Possession with Intent to Distribute Fentanyl |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Clint Springer, Postal Inspector
*Printed name and title*

Sworn to before me by telephone pursuant to Fed. R. Crim. P. 4.1.

Date: 05/25/2023

Colin H Lindsay, Magistrate Judge
United States District Court

City and state: Louisville, Kentucky