## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT
## AND ARREST WARRANT

I, Clint Springer, being duly sworn, depose and state as follows:

### I. INTRODUCTION

1. I am a U.S. Postal Inspector assigned to investigate the unlawful transportation of contraband, including Title 21 controlled substances, through the United States mail. I have been a Postal Inspector since February 2007, and I am currently assigned to the Louisville, KY Domicile of the United States Postal Inspection Service's Pittsburgh Division.

2. I have received formal instruction from U.S. Postal Inspectors, Assistant United States Attorneys, and other law enforcement agents who have done extensive work in investigating the sale, distribution, and manufacture of controlled substances. I have received controlled substance training through the U.S. Postal Inspection Service Training Academy and through contacts with experts from state and federal drug enforcement agencies. I completed a Basic Prohibited Mail Narcotics training course from the United States Postal Inspection Service in August 2011.

3. During my employment as a law enforcement officer, I have performed the following tasks relevant to this criminal complaint:
    a. Since August 2011, I have participated in numerous investigations involving the unlawful mailing of controlled substances and/or the proceeds from the sale of controlled substances through the United States mails.
    b. I have participated in controlled deliveries of known drug parcels.
    c. I have been present for the execution of search warrants on residences where there was a known drug parcel delivered.

    d. I have participated in interviews with witnesses, cooperating individuals, and informants regarding illegal trafficking in drugs and have read official reports of other officers.

    e. I have been a surveillance officer observing and recording movements of persons trafficking in drugs and those suspected of trafficking in drugs.

    f. I have functioned as a case agent in charge of specific investigations involving drug trafficking via the U.S. Mail.

    g. I am aware from my own experience and training that it is a very common practice for drug traffickers to maintain firearms and ammunition in their possession for the purpose of protecting their drug inventory and drug proceeds, not only from law enforcement personnel but also other drug traffickers who may attempt to steal drugs or money. Firearms and ammunition have been recovered in a large majority of vehicle searches in the drug investigations in which I have been involved.

4. The facts in this affidavit have been obtained through my personal observations, interactions with other U.S. Postal Inspectors and Federal Agents, training and experience from the Postal Inspection Service, interviews with law enforcement, interviews of witnesses and victims and a review of the evidence. Not all the facts of the investigation known to me are contained herein, only those necessary to establish probable cause for a criminal complaint.

5. This affidavit is submitted in support of a criminal complaint and application for an arrest warrant charging MARKUS DABORIS STILLWELL (hereinafter referred to as "STILLWELL") with violations of 21 U.S.C. § 841(a)(1), Possession with the Intent to Distribute Fentanyl.

## II. SUMMARY

6. This affidavit is made in connection with the criminal investigation by the U.S. Postal Inspection Service (USPIS), Kentucky State Police (KSP), Shively Police Department, U.S. Drug Enforcement Administration (DEA), and Department of Homeland Security

(HSI). There is probable cause to believe STILLWELL knowingly and intentionally possessed with intent to distribute fentanyl, a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812 and committed a violation of the following federal crime: (1) Possession with the Intent to Distribute Fentanyl, in violation of Title 21, United States Code, Section 841(a)(1). The potential penalties for this violation include not less than 10 years, not more than life in prison, a fine not to exceed $10,000,000, or both, and not less than 5 years of supervised release.

### III. STATEMENT OF FACTS SUPPORTING PROBABLE CAUSE

7. The United States, including USPIS, HSI and DEA are conducting a criminal investigation of STILLWELL regarding a violation of Title 21, United States Code, Section 841.

8. On April 10, 2023, your affiant, as well as USPIS Inspector Charles Klein and Task Force Officer (TFO) Brodie Jodry, alongside HIS and DEA personnel, conducted a physical surveillance at 7003 Cochise Ct, Louisville, KY 40258. The subsequent surveillance report was completed by USPIS TFO Jodry and contained the following information:

*On Friday, April 7, 2023, TFO Jodry was reviewing USPS business records relating to shipments to the Western District of Kentucky from California, Arizona, and Texas. In the course of reviewing records, I identified a USPS Priority Mail Parcel, 9505 5119 4113 3096 9839 63 (SUBJECT PARCEL) destined to 7003 Cochise Ct, Louisville Ky, 40258 (TARGET ADDRESS) and weighed approximately 11 pounds, as a suspected narcotics parcel based on the postage was purchased in cash, the weight of the parcel, and that it was sent from Arizona, a source state for illicit narcotics coming into the Western District of Kentucky.*

*USPS Priority Mail Parcel: 9505 5119 4113 3096 9839 63 was addressed to Jerry Garcia, 7003 Cochise Ct, Louisville Ky, 40258 with no return address. According to Consolidated Lead Evaluation and Reporting ("CLEAR"), a database used by the U.S. Postal Inspection Service to associate addresses and telephone numbers to individuals and business entities, the recipient's name did not associate to the address listed on the parcel.*

*On April 10, 2023, TFO Jodry along with USPIS Inspector Springer, Inspector Klein, HSI Brose, HSI Borders, DEA Bikowski, KSP Noble, Shively PD Kuzma and Shively PD Dillion established surveillance at the target address in anticipation to*

*watch the parcel be delivered by USPIS Inspector Springer. The parcel was delivered to the front porch at approximately 2:30 PM. At approximately 5:03 PM, a Chrysler 300 passenger car occupied 2 times arrived at the residence and parked on the street. No one got out of the vehicle and there was a temporary plate on the vehicle. At approximately 5:04 PM, a Ford Taurus with Kentucky registration plate 0928JE arrived at the residence and parked in the driveway under the car port. A Female identified as Kelsey Wright, the registered owner of the vehicle and owner of the residence listed as 7003 Cochise Ct, Louisville Ky, 40258 according to CLEAR got out of the driver's side of the vehicle and approached the parcel on the front porch. It appeared that Kelsey took a photo of the parcel and went inside the residence without the parcel. At approximately 5:07 PM an unidentified black male took the parcel into the residence. Unidentified black male was approximately 20 years old.*

*At approximately 5:45 PM the Chrysler 300 came back to the residence and drove past the residence slowly. No one got out of the vehicle, and it left the area again at approximately 5:47 PM.*

*At approximately 8:02 PM, a Black Chevrolet Silverado with KY registration plate B9Z582 which has been identified as belonging to Markus Stillwell arrived in the neighborhood and continued down Cochise Way past the Target Address.*

*It was apparent Markus Stillwell was conducting his own surveillance prior to arriving at 7003 Cochise Ct, Louisville KY, 40258. Markus Stillwell pulled into the driveway at approximately 8:03 PM and went inside the residence. Stillwell was wearing blue jeans and a black top.*

*At approximately 8:06 PM, Stillwell leaves the residence with the Priority Mail Parcel in hand and placed the Parcel inside his truck. He left the residence at approximately 8:07 PM. Units were able to follow Stillwell Southbound on Cochise Way and turn East onto Yuma Way. Stillwell then went North on Johnsontown Rd until he got to Dixie Highway. Stillwell proceeded to travel Northwest on Dixie Highway until he merged onto Interstate 264 East. Stillwell exited at Interstate 65 and continued to travel North towards Louisville. Stillwell took the Broadway exit off of Interstate 65 North and traveled East on Broadway Street. Stillwell then turned left onto Baxter Avenue and parked next to Goodfellas Pizzeria. Stillwell stayed parked in front of Goodfellas for a few minutes but did not get out of the vehicle. At approximately 8:32 PM Stillwell pulled into his parking garage located at 642 Baxter Avenue, Louisville KY, 40204. HSI agents have confirmed Markus Stillwell has an apartment on the second floor of this complex under a different name. While following Markus Stillwell his speeds were varying and he would make numerous lane changes for no apparent reason.*

9. As a result of the physical surveillance, USPIS began to monitor parcels being mailed to 7003 Cochise Ct., Louisville, KY 40258.

10. On Tuesday, May 23, 2023, USPIS received an email alert that a USPS Priority Mail Parcel was destined to 7003 Cochise Ct., Louisville, KY 40258. The parcel was intercepted at the Louisville Processing and Distribution Center. A Priority Mail parcel more specifically described as follows:

    - The SUBJECT PARCEL is one (1) Priority Mail Parcel measuring 11.25 inches wide x 8.75 inches long x 6 inches deep, weighing approximately seven (7) pounds, thirteen (13) ounces; addressed to: "JOHN RAMIREZ, 7003 COCHISE CT., LOUISVILLE, KY 40258"; return address: "SAM GARCIA, 1301 W INDIANOLA AVE, PHOENIX, AZ 85013"; bearing U.S. Postage for $17.10; Priority Mail label number 9505 5118 0514 3142 7614 99.

11. A visual and physical examination of the SUBJECT PARCEL was conducted revealing other characteristics that my training and experience have shown are indicative of parcels containing controlled substances as follows:

    a. The parcel was shipped from a source state;
    b. The return name does not associate to the return address based on Consolidated Lead Evaluation and Reporting ("CLEAR"), a data base used by the U.S. Postal Inspection Service to associate addresses and telephone numbers to individuals and business entities;
    c. The recipient name does not associate to the recipient address based on Consolidated Lead Evaluation and Reporting ("CLEAR");
    d. No signature is required for the parcel to be delivered;
    e. No phone number is listed on the label.
    f. The post office of mailing is not the post office that regularly services the return address;
    g. The package was mailed later in the afternoon;
    h. The package is addressed from person to person.

12. On May 24, 2023, the SUBJECT PARCEL was presented for external examination by Shively Police Department detector canine "Raiko" in a "line up" with several other

    control parcels known to not contain controlled substances. Canine "Raiko" is routinely used to inspect for the presence of narcotics odors. Canine "Raiko" has been trained to detect the odor of narcotics and is currently certified to do so. Detective Mike Kuzma, "Raiko's" handler, advised the canine indicated a positive alert on the package for the odor of a controlled substance the canine is trained to recognize.

13. A federal search warrant was obtained for the SUBJECT PARCEL. The warrant was executed at approximately 10:00 am on May 24, 2023. Approximately 3080 grams of suspected fentanyl was discovered inside the SUBJECT PARCEL.

14. On May 24, 2023, USPIS, HSI, Shively Police Department, and DEA, conducted a controlled delivery of the SUBJECT PARCEL to the SUBJECT PARCEL's intended address, 7003 Cochise Ct., Louisville, Kentucky 40258. USPIS Inspector Joshua Smith posed as a USPS employee and delivered the parcel to the front porch of 7003 Cochise Ct., Louisville, Kentucky 40258 at approximately 1:51 pm.

15. At approximately 2:40 pm a Black Ford Explorer pulled into the driveway of 7003 Cochise Ct., Louisville, Kentucky 40258. STILLWELL exited the Ford Explorer and took the parcel into the residence. A brief time later, STILLWELL exited the residence and approached the Ford Explorer. When officers and agents approached STILLWELL in vehicles with lights and sirens on, STILLWELL fled on foot. STILLWELL threw the SUBJECT PARCEL onto the ground in the back yard of the residence, jumped over a fence and hid in the bushes adjacent to the fence. Officers approached STILLWELL and he surrendered to officers' commands.

16. STILLWELL was transported to Louisville Metro Police Criminal Investigation Division where he was given his Miranda Rights. STILLWELL waived his right to have an attorney present and agreed to speak with officers and agents. STILLWELL admitted the parcel was intended for him and he had already had the contents sold to an individual in Paducah, Kentucky. STILLWELL said his supplier of the fentanyl pills was a male known to him as "Pedro" from Mexico. STILLWELL provided "Pedro's" phone

number. STILLWELL said he had recently traveled to Mexico and spent a few days with "Pedro." STILLWELL claimed he purchases the fentanyl pills from "Pedro" for $0.40 each and sells the fentanyl pills for approximately $1.25 each. STILLWELL said "Pedro" has the pills shipped to him from Arizona via USPS.

## IV. CONCLUSION

17. Based on the forgoing facts and circumstances, probable cause exists to issue a criminal complaint and arrest warrant against MARKUS DABORIS STILLWELL for the following federal crime: Possession with the Intent to Distribute Fentanyl in violation of 21 U.S.C. § 841(a)(1).

Clint Springer
U.S. Postal Inspector
United States Postal Inspection Service

Subscribed and sworn to before me by telephone pursuant to Fed.R.Crim.P. 4.1, this 25th day of May, 2023.

Colin H Lindsay, Magistrate Judge
United States District Court