# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                                                    **CRIMINAL ACTION NO.   3:23-MJ-360-CHL**

**MARKUS DABORIS STILLWELL**                                                                **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

On May 25, 2023, United States Magistrate Judge Colin H. Lindsay, held an initial appearance on this matter via video conference.   Assistant United States Attorney Alicia Gomez appeared on behalf of the United States.   The defendant was present from Oldham County Detention Center. Casey McCall, retained counsel appeared on behalf of the defendant. The proceeding was digitally recorded.

The defendant, through counsel, consented to proceed with this hearing via video conference.

The Court reminded the United States of its prosecutorial obligation under *Brady v. Maryland*, 373 U.S. 83 (1963), and the consequences of violating the same.

The defendant acknowledged his identity, was furnished with a copy of the Complaint, was advised of the nature of the charges contained therein and was advised of his rights.

The United States moved for detention.   Accordingly,

**IT IS HEREBY ORDERED** that a detention hearing is scheduled for **June 1, 2023, at 11:00 a.m.** in Courtroom before United States Magistrate Judge Regina S. Edwards.   The defendant is **remanded** to the custody of the United States Marshals Service pending further order of the Court.

**IT IS FURTHER ORDERED** that a preliminary hearing is scheduled **for June 7, 2023, at 1:00 p.m**. in Courtroom before United States Magistrate Judge Regina S. Edwards.

May 26, 2023

*Colin H Lindsay, Magistrate Judge*
United States District Court

:10