UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:23MJ-360

**UNITED STATES OF AMERICA,**                                **PLAINTIFF,**

v.

**MARKUS DABORIS STILLWELL,**                           **DEFENDANT.**

## ORDER

      Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

May 26, 2023

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record