FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: May 31, 2023

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                                              NO. 3:23-mj-360

MARKUS DABORIS STILLWELL                                              DEFENDANT

### WAIVER OF DETENTION HEARING

I acknowledge that the Magistrate Judge has informed me of my right to a detention hearing, pursuant to the provisions of Title 18, United States Code, Section 3142, and that I understand that right.

✓ **I HEREBY WAIVE** my right to a detention hearing.

✓ **I HEREBY WAIVE** my right to a detention hearing in this district, and reserve the right to move for a detention hearing in the district where the charges originate.

✓ **I HEREBY WAIVE** my right to a detention hearing at this time, and reserve the right to move for a detention hearing at a later date.

_____  5/31/23
DEFENDANT                                                             Date

_____  5-31-23
COUNSEL FOR DEFENDANT or Deputy Clerk