

# Case Assignment
# Standard Criminal Assignment

Case number **3:23CR-61-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 6/6/2023 12:42:06 PM
Transaction ID: 75084

Request New Judge    Return