FILED
JAMES J. VILT, JR. - CLERK
JUN 06 2023
U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

v.     Criminal Action No.: 3:23-CR-61-DJH

**MARKUS STILLWELL**     DEFENDANT

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Alicia P. Gomez hereby enters her appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

_/s/ Alicia P. Gomez_
Alicia P. Gomez
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-6326
alicia.gomez@usdoj.gov