UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:23-CR-00061-DJH

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V.   **ORDER** | |
| MARKUS STILLWELL | DEFENDANT |

Markus Stillwell having moved for the postponement of trial under 18 U.S.C. § 3161(h)(1) so that the parties may continue negotiations to resolve this litigation, and with the United States having no objection thereto, and the Court having reviewed this matter and being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the Defendant's Motion is GRANTED. The Court finds that the period of delay occasioned by the requested continuance is one that results from "other proceedings concerning the defendant," and therefore shall be excluded from the Speedy Trial Act's computations pursuant to § 3161(h)(1) and *United States v. Bowers*, 834 F.2d 607, 609-610 (6th Cir. 1987).

The Court shall set a new schedule by subsequent Order.