UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CRIMINAL ACTION NO. 3:23-CR-00061-DJH |
| MARKUS STILLWELL | DEFENDANT |

**UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDER GOVERNING DISCOVERY**
*-- Electronically filed --*

Pursuant to Fed. R. Crim. P. 16(d), the United States of America, by Alicia P. Gomez, Assistant United States Attorney for the Western District of Kentucky, moves for the entry of a protective order, and in support thereof states as follows:

1. The indictment in this case charges the above-named defendant with conspiracy to possess with intent to distribute fentanyl, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(A), and possession with intent to distribute fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

2. The Defendant's arrest in this case followed an investigation which included the use of sensitive investigative techniques, including the employment of sources to make controlled purchases of contraband, and the procurement of multiple search warrants.  All of these transactions were memorialized using audio and video recording equipment.  The investigators also prepared written reports regarding these recorded transactions. In accordance with its disclosure obligations under Fed. R. Crim. P. 16, the government intends to produce to defense counsel the recordings and to produce to defendant's counsel copies of the supporting documentation to assist them in evaluating the case.

3.     The government requests this Court to direct that the release of any reports, and other materials that may be turned over in connection with this matter be subject to the conditions set forth in the proposed protective order. The need for a proposed protective order arises from the government's important interest in ensuring the safety of witnesses in this case.

WHEREFORE, the government respectfully moves this Court for an order directing that the supporting documentation, which is being provided to defendant's counsel, be subject to a protective order as described above. The government also respectfully moves this Court to order that any other recordings, reports, and investigative materials that may subsequently be turned over in connection with this case be subject to the protective order. Undersigned counsel for the United States has conferred with defense counsel in this matter and is authorized to state that defense counsel has no objection to the protective order. For the reasons set forth above, the government respectfully requests that this Court enter the proposed protective order.

> Respectfully Submitted,
>
> MICHAEL A. BENNETT
> UNITED STATES ATTORNEY
>
> s/*Alicia P. Gomez*
> Assistant United States Attorney
> 717 West Broadway
> Louisville, Kentucky 40202
> Tel - (502) 582-6326
> Fax- (502) 582-5097

## CERTIFICATE OF SERVICE

On August 8, 2023, I electronically filed this document through the ECF system, which will send a notice of electronic filing to counsel of record.

> s/*Alicia P. Gomez*
> Assistant United States Attorney

2