UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:23-CR-00061-DJH
*Electronically Filed*

UNITED STATES OF AMERICA                                                                                        PLAINTIFF

V.             **MARKUS STILLWELL'S UNOPPOSED
                    MOTION TO CONTINUE TRIAL**

MARKUS STILLWELL                                                                                                  DEFENDANT

Markus Stillwell, by counsel, respectfully requests the Court to continue the trial in his case, currently scheduled to begin on January 16, 2024. A Superseding Indictment was recently returned in the case.

Undersigned counsel has discussed the requested delay with the government and counsel for the co-defendant and they do not object to a continuance.

WHEREFORE, this Court is respectfully requested to enter the attached Order.

**RESPECTFULLY SUBMITTED,**

*/S/ JOHN CASEY MCCALL*
**JOHN CASEY MCCALL**
600 West Main Street, Suite 300
Louisville, Kentucky 40202
(502) 589-6190

**CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

*/s/ John Casey McCall*
John Casey McCall