UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:23-CR-00061-DJH

UNITED STATES OF AMERICA                                                                PLAINTIFF

V.                                        **ORDER**

MARKUS STILLWELL                                                    DEFENDANT

Motion having been made, the parties having no objection thereto, and the Court having reviewed this matter and being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the Defendant's Motion to continue trial is GRANTED.

The Court shall set a new schedule by subsequent Order.