FILED
JAMES J. VILT, JR. - CLERK

NOV 21 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

v.     CRIMINAL ACTION NO. 3:23-CR-00061-DJH

**MARKUS STILLWELL, ET AL.**     DEFENDANTS

## MOTION TO SEAL INDICTMENT

Comes the United States of America, by counsel, Alicia P. Gomez, Assistant United States Attorney for the Western District of Kentucky, and moves the Court pursuant to Rule 6(e), Federal Rules of Criminal Procedure, to order and direct that the indictment returned by the Federal Grand Jury this November 16, 2023, charging the above-named defendants with violations of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections, 841(a)(1), 841(b)(1)(A)(vi), 846, and 853 be kept secret until the last defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and to further order that until the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, that no person disclose the return of the indictment, or any warrant or order issued pursuant thereto except as necessary for the issuance and execution of warrant for the arrest of the defendant.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

_/s/ Alicia P. Gomez_
Alicia P. Gomez
Assistant U.S. Attorney