UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                                           CRIMINAL ACTION NO. 3:23-CR-00061-DJH

**MARKUS STILLWELL, ET AL.**                                                DEFENDANTS

## ORDER

The indictment returned by the Federal Grand Jury charging the above-named defendants with violations of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections, 841(a)(1), 841(b)(1)(A)(vi), 846, and 853, is hereby ORDERED to be kept secret until the last defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and no person shall disclose the return of this indictment or any warrant or order issued pursuant thereto, except as necessary for the issuance and execution of warrant for the arrest of the defendants.

This 21st day of November 2023.

*/s/ Colin H. Lindsay*
Colin H. Lindsay
United States Magistrate Judge

**ENTERED**
JAMES J. VILT, JR. - CLERK

NOV 21 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY