UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:23-CR-61-DJH

MARKUS STILLWELL     Defendants.
TEAIRA STOKES

\* \* \* \* \*

## ORDER FOLLOWING ARRAIGNMENT

Proceedings were held, by video, on December 6, 2023, for the purpose of arraignment on the Second Superseding Indictment. Defendant Markus Stillwell was present, in custody, with John Casey McCall, retained counsel. Defendant Teaira Stokes appeared, on bond, with Patrick J. Renn, retained counsel. Assistant United States Attorney Alicia P. Gomez was present for the United States of America. The proceeding was digitally recorded.

As to the matter of arraignment, Defendants, by counsel, acknowledged their identity. They further acknowledged having been furnished a copy of the Second Superseding Indictment and advised of the nature of the charges contained therein.

Counsel, on behalf of Defendants, waived formal reading of the Second Superseding Indictment and entered pleas of **NOT GUILTY** to the charges contained therein. The Court orally reminded the United States of its prosecutorial obligation under *Brady v. Maryland*, 373 U.S. 83 (1963), and the consequences of violating the same.

It is hereby **ORDERED** that this matter shall remain on the Court's docket as previously scheduled for a status hearing on **December 19, 2023 at 10:30 a.m.** before David J. Hale, United States District Judge.

1

It is further **ORDERED** that the Defendant Markus Stillwell shall be remanded to the custody of the United States Marshal and Defendant Teaira Stokes shall remain on bond pending further order of the Court.

| | |
|---|---|
| Date: December 6, 2023 | ENTERED BY ORDER OF THE COURT:<br>REGINA S. EDWARDS<br>UNITED STATES MAGISTRATE JUDGE<br>JAMES J. VILT, JR., CLERK<br>BY: /s/ *Ashley Henry*, Deputy Clerk |

Copies to:    Counsel of record
              U.S. Probation

0|05