UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                    Plaintiff,

v.                                                                              Criminal Action No. 3:23-cr-61-DJH

MARKUS STILLWELL (1),
TEAIRA STOKES (2), and
WILMA HAMMOND (3),                                                                         Defendants.

\* \* \* \* \*

**MEMORANDUM OF CONFERENCE**

A telephonic status conference was held in this matter on February 20, 2024, with the following counsel participating:

    For the United States:    Alicia P. Gomez

    For Defendants:    John Casey McCall (1)
                                  Patrick J. Renn (2)
                                  Rob Eggert (3)

The Court and counsel discussed the procedural posture of the case. The government reported that discovery is ongoing. The matter remains set for trial on June 3, 2024. (*See* Docket No. 52) All attendant pretrial deadlines likewise remain set. (*See id.*)

A further status conference will be set by subsequent order.

February 20, 2024

*David J. Hale, Judge*
*United States District Court*

Court Time: 00/05
Court Reporter: Dena Legg

1